**Order entered March 16, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01285-CV

**ARUBA PETROLEUM, INC., Appellant**

**V.**

**LISA PARR, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-01650-E**

## ORDER

The reporter's record in this case is overdue. By order dated December 17, 2015, we granted Vikki Ogden's request for an extension of time to file the reporter's record until February 15, 2015. In her request, Ms. Ogden indicated that the record had been requested and that payment arrangements were satisfied.

Accordingly, we **ORDER** Court Reporter Vikki Ogend to file the reporter's record within **FIFTEEN DAYS** of the date of this order. No further extensions will be granted absent extraordinary circumstances.

/s/     ELIZABETH LANG-MIERS
         JUSTICE
